JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE LARSON, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOGNO TOSCANO TUSCAN DREAM, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | CASE No. 2:16−cv−00150−FMO−PJW<br><br>(Assigned to Hon. Fernando M. Olguin)<br><br>**ORDER AND FINAL JUDGMENT GRANTING FINAL APPROVAL OF INDIVIDUAL FLSA SETTLEMENT** |

      This matter came on for hearing on July 14, 2016, at 10:00 a.m., in Courtroom 22 of the United States District Court for the Central District of California before the Honorable Fernando M. Olguin. Having considered all papers filed and proceedings held herein, having reviewed the proposed Settlement and the record in the above captioned matter, and good cause appearing thereto, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

      1.    The terms "Settlement" or "Settlement Agreement" shall refer to the Settlement Agreement attached as Exhibit A to the Declaration of Paul K. Haines, and all terms herein shall have the same meaning as the terms defined in the Settlement Agreement, unless specifically provided herein.

      2.    The Court grants final approval of the Parties' Settlement Agreement because it meets the criteria for settlement approval under the Fair Labor Standards Act ("FLSA"), pursuant to 29 U.S.C. § 216(b). The Settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

      3.    The Court finds that the Settlement was achieved in an adversarial context, that Plaintiffs were represented by attorneys experienced in wage and hour litigation and capable of protecting Plaintiff's rights, that the Settlement reflects a reasonable compromise over issues actually in dispute, and that the terms of the Settlement are fair and reasonable.

      4.    The Court finds that attorneys' fees and costs in the amount of $6,315.57 are reasonable and justified by the evidence submitted, and orders that the amount be paid to Plaintiff's counsel in accordance with the terms of the Settlement Agreement.

///

///

///

5. This document shall constitute a judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure. The Action is hereby dismissed on the merits and with prejudice.

IT IS SO ORDERED.

Dated: June 9, 2016    ___/s/_____
                      The Honorable Fernando M. Olguin
                      United States District Judge

ORDER AND FINAL JUDGMENT GRANTING FINAL SETTLEMENT APPROVAL